United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-10121-amc

Deborah A Jones  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 3
Date Rcvd: Feb 15, 2024  Form ID: 138OBJ  Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deborah A Jones, 7526 Rugby Street, Philadelphia, PA 19150-2608 |
| 14255392 | #+ | Accelerated Financial, Po Box 5714, Greenville, SC 29606-5714 |
| 14255395 | + | John L. McClain and Associates, PC, Suite 318, 1420 Walnut Street, Philadelphia, PA 19102-4002 |
| 14257622 | + | Nationstar Mortgage LLC, c/o Kevin S. Frankel, Esquire, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14836979 | + | Nationstar Mortgage LLC, c/o Mark A. Cronin, Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14255399 | #+ | Shapiro & Denardo, LLC, 3600 Horizon Dr., Ste 150, King of Prussia, PA 19406-4702 |
| 14342109 | + | TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1617 |
| 14255400 | + | Tdrcs/raymour & Flanig, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 16 2024 00:21:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 16 2024 00:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14264006 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 16 2024 00:33:46 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14255393 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 16 2024 00:33:14 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14255394 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2024 00:47:55 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14290450 | | Email/Text: bnc-quantum@quantum3group.com | Feb 16 2024 00:20:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14289339 | ^ | MEBN | Feb 16 2024 00:10:11 | Federal Pacific Credit Co., PO Box 27198, Salt Lake City, UT 84127-0198 |
| 14263954 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 16 2024 00:33:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14255396 | + | Email/Text: bankruptcy@sccompanies.com | Feb 16 2024 00:21:00 | Monroe And Main, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14836752 | ^ | MEBN | Feb 16 2024 00:10:02 | Nationstar Mortgage LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14263188 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 16 2024 00:20:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO |

Case 19-10121-amc    Doc 73    Filed 02/17/24    Entered 02/18/24 00:27:02    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 15, 2024 | Form ID: 138OBJ | Total Noticed: 25 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 619096, Dallas, TX 75261-9096 |
| 14255397 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 16 2024 00:20:00 | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 14255398 | + | Email/Text: CollectionsDept@PFCU.COM | Feb 16 2024 00:20:00 | Philadelphia Fed Cr Un, 12800 West Townsend, Philadelphia, PA 19154-1095 |
| 14268239 | ^ | MEBN | Feb 16 2024 00:10:04 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14255881 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 16 2024 00:33:42 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14259499 | + | Email/Text: tdebn@credbankserv.com | Feb 16 2024 00:20:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 14341704 | + | Email/Text: megan.harper@phila.gov | Feb 16 2024 00:21:00 | Water Rev. Bureau, c/o Pamela Thurmond, Tax & Rev Unit, 1401 JFK Blvd. 5th Fl, Phila., PA 19102-1617 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14256895 | *+ | Synchrony Bank, c/o PRA Receivables Management,LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 17, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com |
| JOHN L. MCCLAIN | on behalf of Debtor Deborah A Jones aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net |
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com |
| KRISTEN D. LITTLE | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper KRLITTLE@FIRSTAM.COM |
| MARK A. CRONIN | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 15, 2024 | Form ID: 138OBJ | Total Noticed: 25 |

MARK A. CRONIN
    on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Deborah A Jones
      Debtor(s)

Case No: 19−10121−amc
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/15/24

72 − 66
Form 138OBJ